DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

RODNEY EUGENE SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0408

—————————————————

June 12, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Nick Nazaretian, Judge.

Rodney Eugene Smith, pro se.

PER CURIAM.

Affirmed.

VILLANTI, MORRIS, and GUARD, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.